[No. 13425½.  *En Banc.*  July 17, 1917.]

EVERETT RAILWAY, LIGHT & WATER COMPANY *et al., Appellants,* v. THE CITY OF EVERETT *et al., Respondents*.[2]

Appeal from a judgment of the superior court for Snohomish county, Alston, J., entered November 18, 1915, dismissing an action to restrain the enforcement of an ordinance, upon sustaining a demurrer to the complaint. Reversed.

*J. A. Coleman* and *James M. Hogan,* for appellants.
*Wm. A. Johnson,* for respondents.

PER CURIAM.—This case is in all respects the same as that of *Pacific Tel. & Tel. Co. v. Everett, ante* p. 259, 166 Pac. 650, with the exception that the ordinance granting the franchise is not set out in full in the complaint. The respondents seek to differentiate it by the contention that the description of the franchise as epitomized in

[1]Reported in 165 Pac. 971.
[2]Reported in 166 Pac. 655.

the complaint contains nothing which is in any wise affected by the license tax imposed by the charter and ordinance set forth in the case cited. But, in our opinion, sufficient is alleged to show the nature of the franchise under which the appellant is acting, and that its terms would be infringed by the imposition of the charge imposed by the charter and ordinance. For the reasons stated in the case cited, the judgment is reversed with instructions to overrule the demurrer.